BEFORE: STEVEN I. LOCKE                                        DATE: 9/23/2014
UNITED STATES MAGISTRATE JUDGE                                 TIME: 2:00

## CRIMINAL CAUSE FOR STATUS

**DOCKET No. CR 12-0001 (DRH) USA v. Doran**

**DEFENDANT:** Tina Doran          **DEF. #**
✓ Present   ❏ Not Present   ❏ Custody   ✓ Bail/Surrender

**DEFENSE COUNSEL**: Randi Chavis
✓ Federal Defender    ❏ CJA    ❏ Retained

**A.U.S.A.**: Raymond Tierney

INTERPRETER: _____

PROBATION OFFICER/PRETRIAL: Art Bobyak

COURT REPORTER / FTR LOG : 2:22-2:25         MAGISTRATE DEPUTY: K. Gandiosi

✓ Case called   ✓ Counsel for all sides present

❏ Removal Proceeding. Other District: _____

❏ Initial Appearance and Arraignment

Preliminary Hearing:   ❏ Waived;   ❏ Set for _____.

❏ Waiver of Speedy Indictment/Trial executed; time excluded from _____ through _____

❏ Order Setting Conditions of Release and Bond entered.

❏ Permanent Order of Detention entered.

❏ Temporary Order of Detention entered.

   ❏ Detention Hearing scheduled for: _____

❏ Bail Hearing held. Disposition: _____

❏ Next Court appearance scheduled for _____

Defendant ✓ Remains on Bond;  ❏ Remains in Custody.

OTHER: _____